**AKIN GUMP STRAUSS HAUER & FELD LLP**
GARY M. MCLAUGHLIN (SBN 217832)
JONATHAN P. SLOWIK (SBN 287635)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone:   310-229-1000
Facsimile:   310-229-1001
gmclaughlin@akingump.com
jpslowik@akingump.com

**AKIN GUMP STRAUSS HAUER & FELD LLP**
W. RANDOLPH TESLIK (*admitted pro hac vice*)
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
Telephone: 202-887-4000
Facsimile: 202-887-4288
rteslik@akingump.com

Attorneys for Defendants
SUPERVALU INC. and
AMERICAN DRUG STORES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN HOANG and HUY NGUYEN, individually and on behalf of those similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SUPERVALU INC., AMERICAN DRUG STORES and DOES 1 through 50, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 12-cv-10946-DSF (JEMx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER REGARDING PROTECTION OF CONFIDENTIAL DISCOVERY MATERIAL**<br><br>Judge:　　Hon. John E. McDermott<br><br>Date Action Filed:  Nov. 19, 2012 |

[PROPOSED] ORDER REGARDING PROTECTION OF CONFIDENTIAL DISCOVERY MATERIAL
105827413 v1

1  The Court, having considered the Joint Stipulation Regarding Protection of
2  Confidential Discovery Material ("Stipulation") submitted by Defendants Supervalu
3  Inc. and American Drug Stores LLC and Plaintiffs Evelyn Hoang and Huy Nguyen, and
4  finding good cause shown per Rule 26(c)(1), hereby orders as follows:
5  The terms set forth in the Stipulation shall be implemented.
6  **IT IS SO ORDERED.**
7
8  Dated: March 28, 2014                    By: /s/ John E. McDermott
                                                Hon. John E. McDermott
9                                              Magistrate Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER REGARDING PROTECTION OF CONFIDENTIAL DISCOVERY MATERIAL
105827413 v1